```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JONATHAN X. FLAGG,

                Plaintiff,                07 Civ. 7392(PKC)

    -against-

                                 ORDER

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP, et al.,

                Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        I hereby disclose that prior to taking the bench on November 4, 2003, the firm of which I was a partner, Cahill Gordon & Reindel LLP, had represented parties to litigation who were either adverse to clients of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") or were co-parties with clients of that firm. I further disclose that I have maintained ongoing friendships, originating in a professional context, with several members of the Skadden firm, including but not limited to Mr. Plevan, Mr. Reynolds and Mr. Schnabl.

        Plaintiff's counsel is directed to transmit a copy of this Order to defendants. Any person wishing to make an application with respect to any aspect of the foregoing shall do so within ten (10) days of this Order.

SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
        August 30, 2007