UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN X. FLAGG,<br><br>       Plaintiff,<br><br>   - *against* -<br><br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP, et al.,<br><br>       Defendants. | 07 Civ. 7392 (PKC)<br><br>RULE 7.1 STATEMENT |

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Skadden, Arps, Slate, Meagher & Flom LLP and Skadden, Arps, Slate, Meagher & Flom LLP Pension Plan (private, non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      NONE.

Dated: New York, New York
   September 7, 2007

               /s/ Samuel Kadet
              Samuel Kadet
              Henry P. Wasserstein
              James W. Brown
              SKADDEN, ARPS, SLATE,
               MEAGHER & FLOM LLP
              Four Times Square
              New York, New York 10036-6522
              Telephone: (212) 735-3000

              *Attorneys for Defendants*
               *Skadden, Arps, Slate, Meagher & Flom LLP*
               *and Skadden, Arps, Slate, Meagher & Flom*
               *LLP Pension Plan*