UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN X. FLAGG,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　- *against* -<br><br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP, et al.,<br><br>　　　　　　　　　　Defendants. | 07 Civ. 7392 (PKC)<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

Enter our appearance as counsel in this case for Defendants:

　　Skadden, Arps, Slate, Meagher & Flom LLP; and

　　Skadden, Arps, Slate, Meagher & Flom LLP Pension Plan.

I certify that we are each admitted to practice in this Court.

Dated: New York, New York
　　　　September 7, 2007

　　　　　　　　　　　　　　　　　　　　　　/s/ Samuel Kadet
　　　　　　　　　　　　　　　　　　Samuel Kadet
　　　　　　　　　　　　　　　　　　Henry P. Wasserstein
　　　　　　　　　　　　　　　　　　James W. Brown
　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
　　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　　New York, New York 10036-6522
　　　　　　　　　　　　　　　　　　Telephone: (212) 735-3000

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　*Skadden, Arps, Slate, Meagher & Flom LLP*
　　　　　　　　　　　　　　　　　　　*and Skadden, Arps, Slate, Meagher & Flom*
　　　　　　　　　　　　　　　　　　　*LLP Pension Plan*