

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN X. FLAGG,

                 Plaintiff,

- against -

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP, et al.,

                 Defendants.

---

07 Civ. 7392 (PKC)

STIPULATION AND [PROPOSED]
ORDER ENLARGING TIME
TO RESPOND TO THE
COMPLAINT

    WHEREAS the time within which Defendants Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates, and Skadden, Arps, Slate, Meagher & Flom LLP Pension Plan (collectively, "Defendants") may answer, move or otherwise respond to the Complaint dated August 20, 2007, currently expires on September 7, 2007; and

    WHEREAS no prior application has been made to the Court for enlargement of that time; now therefore,

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel to the parties hereto that the time within which Defendants may answer, move, or otherwise respond

to the Complaint shall be, and hereby is, enlarged thirty-three (33) days to and including October 10, 2007.

Dated: New York, New York
       September 4, 2007

_____
Eli Gottesdiener
GOTTESDIENER LAW FIRM, PLLC
498 Seventh Street
Brooklyn, New York 11215
Telephone: (718) 788-1500

*Attorneys for Plaintiff
 Jonathan X. Flagg and
 the Proposed Class*

_____
Samuel Kadet
Henry P. Wasserstein
James W. Brown
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000

*Attorneys for Defendants
 Skadden, Arps, Slate, Meagher & Flom LLP
 and Affiliates, and Skadden, Arps, Slate,
 Meagher & Flom LLP Pension Plan*

The foregoing is SO ORDERED this 10th day of September, 2007.

_____
HON. P. KEVIN CASTEL,
UNITED STATES DISTRICT JUDGE

2