*Castel, J*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN X. FLAGG,

    Plaintiff,

- against -

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP, et al.,

    Defendants.

---

07 Civ. 7392 (PKC)

STIPULATION AND ORDER
ENLARGING TIME TO
RESPOND TO THE
COMPLAINT

  WHEREAS, by Stipulation dated September 4, 2007, which was So Ordered by this Court on September 10, 2007, the time within which Defendants Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates, and Skadden, Arps, Slate, Meagher & Flom LLP Pension Plan (collectively, "Defendants") may answer, move or otherwise respond to the Complaint dated August 20, 2007, was enlarged from September 7, 2007, to and including October 10, 2007; now therefore,

  IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel to the parties hereto that the time within which Defendants may answer, move, or otherwise respond to

the Complaint shall be, and hereby is, enlarged thirty (30) days to and including November 9, 2007.

Dated: New York, New York
October 4, 2007

_____
Eli Gottesdiener
GOTTESDIENER LAW FIRM, PLLC
498 Seventh Street
Brooklyn, New York 11215
Telephone: (718) 788-1500

*Attorneys for Plaintiff*
*Jonathan X. Flagg and*
*the Proposed Class*

_____
Samuel Kadet
Henry P. Wasserstein
James W. Brown
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000

*Attorneys for Defendants*
*Skadden, Arps, Slate, Meagher & Flom LLP*
*and Affiliates, and Skadden, Arps, Slate,*
*Meagher & Flom LLP Pension Plan*

The foregoing is SO ORDERED this 11th day of October, 2007.

_____
HON. P. KEVIN CASTEL,
UNITED STATES DISTRICT JUDGE

2