USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN X. FLAGG, and<br>JACQUELINE ALVAREZ,<br><br>　　　　　Plaintiffs,<br><br>　　- against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP PENSION PLAN,<br><br>　　　　　Defendant. | 07 Civ. 7392 (PKC) (HBP)<br><br>STIPULATION AND [PROPOSED]<br>ORDER ENLARGING TIME<br>TO RESPOND TO THE<br>COMPLAINT |

WHEREAS, by Stipulation dated October 4, 2007, which was So Ordered by this Court on October 11, 2007, the time within which Defendant Skadden, Arps, Slate, Meagher & Flom LLP Pension Plan ("Defendant") may answer, move or otherwise respond to the complaint in this action was enlarged from October 10, 2007, to and including November 9, 2007; and

WHEREAS, Plaintiffs subsequently served upon Defendant the First Amended Complaint, dated October 18, 2007 (the "First Amended Complaint"); and

WHEREAS, pursuant to the Individual Practices of the Court, Defendant thereafter wrote to the Court requesting a pre-motion conference in connection with Defendant's desire to move to partially dismiss the First Amended Complaint; and

WHEREAS, the Court has scheduled such pre-motion conference for Friday, November 16, 2007, at 2:15 in the afternoon; now therefore

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel to the parties hereto that the time within which Defendant may answer, move, or otherwise respond to the

First Amended Complaint shall be, and hereby is, enlarged ten (10) days to and including Monday, November 19, 2007.

Dated: New York, New York
November 8, 2007

_____
Eli Gottesdiener
GOTTESDIENER LAW FIRM, PLLC
498 Seventh Street
Brooklyn, New York 11215
Telephone: (718) 788-1500

*Attorneys for Plaintiffs
Jonathan X. Flagg and
Jacqueline Alvarez and
the Proposed Class*

_____
Samuel Kadet
Henry P. Wasserstein
James W. Brown
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000

*Attorneys for Defendant
Skadden, Arps, Slate, Meagher
& Flom LLP Pension Plan*

The foregoing is SO ORDERED this ___ day of November, 2007.

_____
HON. P. KEVIN CASTEL,
UNITED STATES DISTRICT JUDGE

2