190370061l224

1903700611224

| | | |
|---|---|---|
| **Form** 5500 Department of the Treasury Internal Revenue Service Department of Labor Pension and Welfare Benefits Administration Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan** (With 100 or more participants) This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code, referred to as the Code. ▶ See separate instructions. | OMB No. 1210-0016 **1994** This Form Is Open to Public Inspection. |

For the calendar plan year 1994 or fiscal plan year beginning **JANUARY 1, 1994**, and ending **DECEMBER 31, 1994**

If A(1) through A(4), B, C, and/or D, do not apply to this year's return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID

**A** This return/report is: (1) ☐ the first return/report filed for the plan; (3) ☐ the final return/report filed for the plan; or
(2) ☐ an amended return/report; (4) ☐ a short plan year return/report (less than 12 months).

**IF ANY INFORMATION ON A PREPRINTED PAGE 1 IS INCORRECT, CORRECT IT. IF ANY INFORMATION IS MISSING, ADD IT. PLEASE USE RED INK WHEN MAKING THESE CHANGES AND INCLUDE THE PREPRINTED PAGE 1 WITH YOUR COMPLETED RETURN/REPORT.**

**B** Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan . . . . . . . ▶ ☒

**C** If your plan year changed since the last return/report, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension . . . . . . ▶ ☒

**1a** Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM

919 THIRD AVENUE

NEW YORK, NEW YORK 10022

**1b** Employer identification number (EIN)
13 : 1777230

**1c** Sponsor's telephone number
(212) 735-3000

**1d** Business code (see instructions, page 23)
8111

**1e** CUSIP issuer number

**2a** Name and address of plan administrator (if same as plan sponsor, enter "Same")

SKADDEN, ARPS, SLATE, MEAGHER & FLOM PENSION PLAN COMMITTEE

919 THIRD AVENUE

NEW YORK, NEW YORK 10022

10|29|

**2b** Administrator's EIN
13 : 2871040

**2c** Administrator's telephone number
(212) 735-3000

**3** If you are filing this page without the preprinted historical plan information and the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line 3b and complete line 3c.

**a** Sponsor _____ EIN _____ Plan number _____

**b** Administrator _____ EIN _____

**c** If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 9 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ▶

**4** ENTITY CODE. (If not shown, enter the applicable code from page 9 of the instructions.) ▶ | **4 A**

**5a** Name of plan ▶ SKADDEN, ARPS, SLATE, MEAGHER & FLOM PENSION PLAN

**5b** Effective date of plan (mo., day, yr.)
4/01/75

**5c** Three-digit plan number ▶ 002

All filers must complete 6a through 6d, as applicable.

**6a** ☐ Welfare benefit plan   **6b** ☒ Pension benefit plan
(If the correct codes are not preprinted below, enter the applicable codes from page 9 of the instructions in the boxes.)

| 1 | | | | | |
|---|---|---|---|---|---|

**6c** Pension plan features. (If the correct codes are not preprinted below, enter the applicable pension plan feature codes from page 9 of the instructions in the boxes.)

| E | | | | | |
|---|---|---|---|---|---|

**6d** ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ▶ _____ Date ▶ 10-12-95

Type or print name of individual signing for the employer/plan sponsor STUART N. ALPERIN

Signature of plan administrator ▶ _____ Committee Member Date ▶ 10-12-95

Type or print name of individual signing for the plan administrator STUART N. ALPERIN

For Paperwork Reduction Act Notice, see page 1 of the instructions.     S475     Form **5500** (1994)

**Skadden, Arps, Slate, Meagher & Flom**
**Pension Plan**

Actuarial Methods and Assumptions
Employed in the 1994 Actuarial Valuation

A.  Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

1.  Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2.  Assets - The trust fund investments are valued at market value.

3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.  Actuarial assumptions:

1.  Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long term rate of inflation of 5-1/4%.

2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.  8.00% per annum, compounded annually was used to determine current liability for funding purposes.

3.  PBGC immediate interest rate - 6.5% for active participants.  100% of the immediate and deferred PBGC rates are used for purposes of converting grandfathered annuities to lump sum payments, if the resulting lump sum does not exceed $25,000; otherwise 120% of such rates are used, unless 120% of such rates produces a lump sum under $25,000 (in which case a lump sum of $25,000 is paid).  For purposes of calculating lump sums payable to terminated-vested participants, a PBGC rate of 4.5% was used.  For purposes of calculating current liabilities, an interest rate of 8.00% was used for converting all annuities to lump sums.  As provided by the terms of the Plan, UP-1984 mortality was used for the conversion of annuities to lump sum payments.

4.  Interest credits to the pension accounts - 8.00% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

D2.1

190273210307

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Pension and Welfare Benefits<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>(With 100 or more participants)<br>This form is required to be filed under sections 104 and 4065 of the Employee<br>Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b),<br>and 6058(a) of the Internal Revenue Code, referred to as the Code.<br>▶ See separate instructions. | OMB Nos.   10-0016<br>               10-0089<br>**1995**<br>This Form Is Open to<br>Public Inspection. |

For the calendar plan year 1995 or fiscal plan year beginning **JANUARY 1, 1995,** and ending **DECEMBER 31, 1995**

If A(1) through A(4), B, C, and/or D, do not apply to this year's return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID

**A** This return/report is: (1) ☐ the first return/report filed for the plan; (3) ☐ the final return/report filed for the plan; or
(2) ☐ an amended return/report; (4) ☐ a short plan year return/report (less than 12 months).

IF ANY INFORMATION ON A PREPRINTED PAGE 1 IS INCORRECT, CORRECT IT. IF ANY INFORMATION IS MISSING, ADD IT. PLEASE USE RED INK WHEN MAKING THESE CHANGES AND INCLUDE THE PREPRINTED PAGE 1 WITH YOUR COMPLETED RETURN/REPORT.

**B** Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan . . . . . . . . . ▶ ☐
**C** If your plan year changed since the last return/report, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**D** If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension . . . . . . . . ▶ ☒

**1a** Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
919 THIRD AVENUE
NEW YORK, NY 10022

*190373210307-6*

**1b** Employer identification number (EIN)
13 : 1777230
**1c** Sponsor's telephone number
(212) 735-3000
**1d** Business code (see instructions, page 23)
8111
**1e** CUSIP issuer number
N/A

**2a** Name and address of plan administrator (if same as plan sponsor, enter "Same")
Skadden, Arps, Slate, Meagher & Flom Pension Plan Committee
919 THIRD AVENUE
NEW YORK, NY 10022

**2b** Administrator's EIN
13 : 2871040
**2c** Administrator's telephone number
(212) 735-3000

**3** If you are filing this page without the preprinted historical plan information and the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line 3b and complete line 3c.

**a** Sponsor _____ EIN _____ Plan number _____
**b** Administrator _____ EIN _____
**c** If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 9 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ▶

**4** ENTITY CODE. (If not shown, enter the applicable code from page 9 of the instructions.) ▶  **A**

**5a** Name of plan ▶ SKADDEN, ARPS, SLATE, MEAGHER & FLOM PENSION PLAN

**5b** Effective date of plan (mo., day, yr.)
4/01/75
**5c** Three-digit plan number ▶ 002

| 1 | | | | |
|---|---|---|---|---|

All filers must complete 6a through 6d, as applicable.

**6a** ☐ Welfare benefit plan  **6b** ☒ Pension benefit plan
(If the correct codes are not preprinted below, enter the applicable codes from page 9 of the instructions in the boxes.)

RECEIVED   IRS

**6c** Pension plan features. (If the correct codes are not preprinted below, enter the applicable pension plan feature codes from page 9 of the instructions in the boxes.)

P.
E.

**6d** ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ▶ _____  Date ▶ 8-28-96
Type or print name of individual signing for the employer/plan sponsor  STUART N. ALPERIN, TRUSTEE
Signature of plan administrator ▶ _____  Date ▶ 8-28-96
Type or print name of individual signing for the plan administrator  STUART N. ALPERIN, TRUSTEE

For Paperwork Reduction Act Notice, see page 1 of the instructions.   MGA   Form **5500** (1995)


**0143**

Skadden, Arps, Slate, Meagher & Flom
Pension Plan

Actuarial Methods and Assumptions
Employed in the 1995 Actuarial Valuation

A.  Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the
Plan during the year ending on the valuation date, whether in an active or retired status.
Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

1.  Actuarial values - The current service cost and actuarial reserve requirement are determined
in accordance with the unit credit method of funding, with projected benefits being
prorated on the basis of credited service.

2.  Assets - The trust fund investments are valued at market value.

3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal
Revenue Code is determined in accordance with such section and all regulations issued
thereunder.

C.  Actuarial assumptions:

1.  Rate of inflation - The assumptions used for funding purposes described below were selected
assuming the economy would experience an average long term rate of inflation of 5-1/4%.

2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding
purposes and for purposes of results reported under FASB Statements No. 35 and 36 and
APB Opinion No. 8.  6.55% per annum, compounded annually was used to determine
current liability for funding purposes.

3.  PBGC immediate interest rate - 6.5%.  100% of the immediate and deferred PBGC rates
are used for purposes of converting grandfathered annuities to lump sum payments, if the
resulting lump sum does not exceed $25,000; otherwise 120% of such rates are used,
unless 120% of such rates produces a lump sum under $25,000 (in which case a lump sum
of $25,000 is paid).  For purposes of calculating current liabilities, an interest rate of
7.75% was used for converting all annuities to lump sums.  As provided by the terms of
the Plan, UP-1984 mortality was used for the conversion of annuities to lump sum
payments.

4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for
purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

Form **5500**

Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits
Administration
Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan
(With 100 or more participants)

This form is required to be filed under sections 104 and 4065 of the Employee
Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b),
and 6058(a) of the Internal Revenue Code, referred to as the Code.
▶ See separate instructions.

OMB Nos 1210-0016
1210-0089

**1996**

This Form Is Open to
Public Inspection.

For the calendar plan year 1996 or fiscal plan year beginning   **January 1**   , 1996, and ending   **December 31, 1996**

If A(1) through A(4), B, C, and/or D, do not apply to this year's
return/report, leave the boxes unmarked.

For IRS Use Only **1 9 0 3 7 0 2 4 0 6 6 1 3**   8
EP-ID

A   This return/report is:   (1) ☐ the first return/report filed for the plan;   (3) ☐ the final return/report filed for the plan; or
(2) ☐ an amended return/report:   (4) ☐ a short plan year return/report (less than 12 months).

**IF ANY INFORMATION ON A PREPRINTED PAGE 1 IS INCORRECT, CORRECT IT. IF ANY INFORMATION IS MISSING, ADD IT. PLEASE
USE RED INK WHEN MAKING THESE CHANGES AND INCLUDE THE PREPRINTED PAGE 1 WITH YOUR COMPLETED RETURN/REPORT.**

B   Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan . . . . . . . . . . . . . . . . . ▶ ☐
C   If your plan year changed since the last return/report, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
D   If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension . . . . . . . . . . . ▶ ☒☒

1a   Name and address of plan sponsor (employer, if for a single-employer plan)
(Address should include room or suite no.)

Skadden, Arps, Slate, Meagher & Flom   **LLP**
919 Third Avenue , 34·20
New York, New York 10022

1b   Employer identification number (EIN)
**13-1777230**

1c   Sponsor's telephone number
**212-735-3000**

1d   Business code (see instructions, page 20)
**8111**

1e   CUSIP issuer number
**N/A**

2a   Name and address of plan administrator (if same as plan sponsor, enter "Same")

Skadden, Arps, Slate, Meagher & Flom   L L P
Pension Plan Committee , 34·20
919 Third Avenue, New York, NY 10022

2b   Administrator's EIN
**13-2871040**

2c   Administrator's telephone number
**212-735-3000**

3   If you are filing this page without the preprinted historical plan information and the name, address, and EIN of the plan sponsor or plan
administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line
3b and complete line 3c.
a   Sponsor _____ **Skadden, Arps, Slate, Meagher & Flom** _____   EIN **13-1777230**   Plan number _____ **002**
b   Administrator _____ **Same** _____   EIN **Same**
c   If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 8 of the instructions
for the definition of sponsorship.) Enter "Yes" or "No." ▶ **YES**

4   ENTITY CODE. (If not shown, enter the applicable code from page 8 of the instructions.) ▶   **A**

5a   Name of plan ▶ _____ **Skadden, Arps, Slate, Meagher & Flom Pension Plan** _____

5b   Effective date of plan (mo., day, yr.)
**4/1/75**

5c   Three-digit
plan number ▶   **002**

All filers must complete 6a through 6d, as applicable.

6a   ☐ Welfare benefit plan   6b ☒☒ Pension benefit plan
(If the correct codes are not preprinted below, enter the applicable codes from page 8
of the instructions in the boxes.)

**1**

6c   Pension plan features. (If the correct codes are not preprinted below, enter the applicable
pension plan feature codes from page 8 of the instructions in the boxes.)

**E**

6d   ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and
statements, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of employer/plan sponsor ▶ [signature]   Date ▶ 10-14-97
Type or print name of individual signing above ▶ Stuart N. Alperin   Trustee
Signature of plan administrator ▶ [signature]   Date ▶ 10-14-97
Type or print name of individual signing above ▶ Stuart N. Alperin   Trustee

8510

For Paperwork Reduction Act Notice, see page 1 of the instructions.   Form **5500** (1996)

123
ISA
STF ED5087F   Director Brookhaven Service Center
Pionsville, NY · 1742

Skadden, Arps, Slate, Meagher & Flom
Pension Plan

Actuarial Methods and Assumptions
Employed in the 1996 Actuarial Valuation

A.   Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.   Method of Valuation:

1.   Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2.   Assets - The trust fund investments are valued at market value.

3.   Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.   Actuarial assumptions:

1.   Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long term rate of inflation of 5-1/4%.

2.   Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.  7.50% per annum, compounded annually was used to determine current liability for funding purposes.

3.   PBGC immediate interest rate - 6.5%.  100% of the immediate and deferred PBGC rates are used for purposes of converting grandfathered annuities to lump sum payments, if the resulting lump sum does not exceed $25,000; otherwise 120% of such rates are used, unless 120% of such rates produces a lump sum under $25,000 (in which case a lump sum of $25,000 is paid).  For purposes of calculating current liabilities, an interest rate of 7.50% was used for converting all annuities to lump sums.  As provided by the terms of the Plan, UP-1984 mortality was used for the conversion of annuities to lump sum payments.

4.   Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.





19037135006169

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Pension and Welfare Benefits<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>(With 100 or more participants)<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code, referred to as the Code.<br>▶ See separate instructions. | OMB Nos. 1210-0016<br>1210-0089<br>**1997**<br>This Form is Open<br>to Public Inspection. |
|---|---|---|

For the calendar plan year 1997 or fiscal plan year beginning January 1 , 1997, and ending December 31 , 19 97

| If A(1) through A(4), B, C, and/or D do not apply to this year's return/report, leave the boxes unmarked. | For IRS Use Only<br>EP-ID |
|---|---|

**A**  This return/report is:   (1) ☐ the first return/report filed for the plan; .   (3) ☐ the final return/report filed for the plan; or
(2) ☐ an amended return/report;   (4) ☐ a short plan year return/report (less than 12 months).
IF ANY INFORMATION ON A PREPRINTED PAGE 1 IS INCORRECT, CORRECT IT. IF ANY INFORMATION IS MISSING, ADD IT. PLEASE USE RED INK WHEN MAKING THESE CHANGES AND INCLUDE THE PREPRINTED PAGE 1 WITH YOUR COMPLETED RETURN/REPORT.

**B**  Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan ............................ ▶ ☐
**C**  If your plan year changed since the last return/report, check here ............................................................... ▶ ☐
**D**  If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension ....................... ▶ ☒

| **1a** Name and address of plan sponsor (employer, if for a single-employer plan)<br>(Address should include room or suite no.)<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM  LLP<br>919 THIRD AVENUE, ROOM 24-20<br>NEW YORK, NEW YORK 10022 | **1b** Employer Identification number (EIN)<br>13-1777230<br>**1c** Sponsor's telephone number<br>212-735-3000<br>**1d** Business code (see Instructions, page 20)<br>8111<br>**1e** CUSIP issuer number<br>N/A |
|---|---|
| **2a** Name and address of plan administrator (if same as plan sponsor, enter "Same")<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PENSION PLAN  COMMITTEE<br>919 THIRD AVENUE, ROOM 24-20   10 21 98<br>NEW YORK  10022 | **2b** Administrator's EIN<br>13-2871040<br>**2c** Administrator's telephone number<br>212-735-3000 |

**3**  If you are filing this page without the preprinted historical plan information and the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line 3b and complete line 3c.

**a** Sponsor _____   EIN _____  Plan number _____
**b** Administrator _____   EIN _____
**c** If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 8 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ▶

**4**  **ENTITY CODE.** (If not shown, enter the applicable code from page 8 of the Instructions.) ▶   A

| **5a** Name of plan ▶ SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>PENSION PLAN | **5b** Effective date of plan (mo., day, yr.)<br>4/1/75 |
|---|---|

**All filers must complete 5a through 5d, as applicable.**

**6a** ☐ Welfare benefit plan   **5b** ☒ Pension benefit plan
(If the correct codes are not preprinted below, enter the applicable codes from page 8 of the instructions in the boxes.)

**5c** Three-digit plan number ▶ 002
1

**6c**  Pension plan features. (If the correct codes are not preprinted below, enter the applicable pension plan feature codes from page 9 of the instructions in the boxes.)   E

**6d** ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See Instructions.

**Caution:** *A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.*

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ▶ *[signature]*   Date ▶ 10/15/98
Type or print name of individual signing above  STUART N. ALPERIN   TRUSTEE
Signature of plan administrator ▶ *[signature]*   Date ▶ 10/15/98
Type or print name of individual signing above  STUART N. ALPERIN   TRUSTEE

For Paperwork Reduction Act Notice, see the instructions for Form 5500.   Form **5500** (1997)
ISA

STF FED5637F.1


0154

**Skadden, Arps, Slate, Meagher & Flom**
**Pension Plan**

Actuarial Methods and Assumptions
Employed in the 1997 Actuarial Valuation

A.  Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

1.  Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2.  Assets - The trust fund investments are valued at market value.

3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.  Actuarial assumptions:

1.  Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long term rate of inflation of 5-1/4%.

2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.  7.36% for RPA 94 current liability purposes & 7.57% for OBRA 87 current liability purposes per annum, compounded annually was used.

3.  PBGC immediate interest rate - 6.5%.  100% of the immediate and deferred PBGC rates are used for purposes of converting grandfathered annuities to lump sum payments, if the resulting lump sum does not exceed $25,000; otherwise 120% of such rates are used, unless 120% of such rates produces a lump sum under $25,000 (in which case a lump sum of $25,000 is paid).  For purposes of calculating current liabilities, an interest rate of 7.36% for RPA 94 (7.57% for OBRA 87) was used for converting all annuities to lump sums. As provided by the terms of the Plan, UP-1984 mortality was used for the conversion of annuities to lump sum payments.

4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

D2.1

PRICEWATERHOUSECOOPERS 🄱
Kwasha HR Solutions



1903705706710 0

**Form 5500**

Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefit
Administration
Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

(With 100 or more participants)
This form is required to be filed under sections 104 and 4065 of the Employee
Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b),
and 6058(a) of the Internal Revenue Code, referred to as the Code.
► See separate instructions.

OMB Nos. 1210-0016
1210-0089

**1998**

This Form is Open
to Public Inspection.

For the calendar plan year 1998 or fiscal plan year beginning JANUARY 1 , 1998, and ending DECEMBER 31, 1998

If A(1) through A(4), B, C, and/or D, do not apply to this year's
return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID

A  This return/report is:   (1) ☐ the first return/report filed for the plan;   (3) ☐ the final return/report filed for the plan; or
(2) ☐ an amended return/report;   (4) ☐ a short plan year return/report (less than 12 months).

B  Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan .............................. ► ☐
C  If your plan year changed since the last return/report, check here ........................................................................ ► ☐
D  If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension ...................... ► ☒

| | |
|---|---|
| **1a** Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)<br><br>Skadden, Arps, Slate, Meagher & Flom LLP<br>919 Third Avenue, Room 24-20<br>New York, New York 10022 | **1b** Employer Identification number (EIN)<br>13-1777230 |
| | **1c** Sponsor's telephone number<br>212-735-3000 |
| | **1d** Business code (see instructions, page 20)<br>8111 |
| | **1e** CUSIP issuer number<br>N/A |
| **2a** Name and address of plan administrator (if same as plan sponsor, enter "Same")<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Pension Plan Committee<br>919 Third Avenue, Room 24-20<br>New York, New York 10022 | **2b** Administrator's EIN<br>13-1777230 |
| | **2c** Administrator's telephone number<br>212-735-3000 |

**3** If the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information
from the last return/report in line 3a and/or line 3b and complete line 3c.

a  Sponsor _____   EIN _____   Plan number _____

b  Administrator _____   EIN _____

c  If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 8 of the instructions for
the definition of sponsorship.) Enter "Yes" or "No." ►

**4** ENTITY CODE. (If not shown, enter the applicable code from page 8 of the instructions.) ►   A

**5a** Name of plan ► Skadden, Arps, Slate, Meagher & Flom
Pension Plan

**5b** Effective date of plan (mo., day, yr.)
4/1/75

**5c** Three-digit plan number ► 002

All filers must complete 6a through 6d, as applicable.

**6a** ☐ Welfare benefit plan   **6b** ☒ Pension benefit plan
(Enter the applicable codes from page 8 of the instructions in the boxes.)

RECEIVED IRS
19
OCT 15 1999
IRS CENTER AT BROOKHAVEN
HOLTSVILLE, NY 11742

1
M E
A 1

**6c** Pension plan features. (Enter the applicable pension plan feature codes from page 8 of the
instructions in the boxes.)

**6d** ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements,
and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ► _____   Date ► 10-13-99

Type or print name of individual signing above  Stuart N. Alperin, Partner

Signature of plan administrator ► _____   Date ► 10-13-99

Type or print name of individual signing above  Stuart N. Alperin, Trustee

For Paperwork Reduction Act Notice, see the instructions for Form 5500.
ISA

Form **5500** (1998)

STF FED5697F 1

(816)

**Skadden, Arps, Slate, Meagher & Flom**
**Pension Plan**

Actuarial Methods and Assumptions
Employed in the 1998 Actuarial Valuation

A.  Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

1.  Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2.  Assets - The trust fund investments are valued at market value.

3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.  Actuarial assumptions:

1.  Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long term rate of inflation of 5-1/4%.

2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.  6.09% for RPA 94 current liability purposes & 6.09% for OBRA 87 current liability purposes per annum, compounded annually was used.

3.  PBGC immediate interest rate - 6.5%. 100% of the immediate and deferred PBGC rates are used for purposes of converting grandfathered annuities to lump sum payments, if the resulting lump sum does not exceed $25,000; otherwise 120% of such rates are used, unless 120% of such rates produces a lump sum under $25,000 (in which case a lump sum of $25,000 is paid). For purposes of calculating current liabilities, an interest rate of 6.09% for RPA 94 (6.09% for OBRA 87) was used for converting all annuities to lump sums. As provided by the terms of the Plan, UP-1984 mortality was used for the conversion of annuities to lump sum payments.

4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

840371 2061
101.03 .0001
02

Official Use Only

OMB Nos. 1210-0110 / 1201-0089

## Form 5500

Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits
Administration
Pension Benefit
Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

▶ **Type or print all entries in accordance with the instructions to the Form 5500.**

# 1999

This Form is Open to Public Inspection.

**Part I    Annual Report Identification Information**

| For the calendar plan year 1999 or fiscal plan year beginning | 01 | 01 | 1999 | , and ending | 12 | 31 | 1999 |

**A** This return/report is for:

(1) a multiemployer plan;

(2) **X** a single-employer plan (other than a multiple-employer plan);

(3) a multiple-employer plan; or

(4) a DFE (specify) . . . . . . . . . .

**B** This return/report is:

(1) the first return/report filed for the plan;

(2) an amended return/report;

(3) the final return/report filed for the plan;

(4) a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    **X**

**Part II    Basic Plan Information** — enter all requested information.

**1a**    Name of plan

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

## PENSION PLAN

**1b**    Three-digit plan number (PN) ▶    **002**        **1c**    Effective date of plan    **04    01    1975**

**Caution:** *A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.*

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements, and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of plan administrator ▶ _[signature]_    Date  10/11/02

Typed or printed name of individual signing as plan administrator

**a**    **STUART N. ALPERIN, TRUSTEE**

Signature of employer/ plan sponsor/DFE ▶ _[signature]_    Date  10/11/00

Typed or printed name of individual signing as employer, plan sponsor or DFE, as applicable

**b**    **STUART N. ALPERIN, PARTNER**

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    Form 5500 (1999)

019900011L

8403712061
101.03.0052
02

**Skadden, Arps, Slate, Meagher & Flom Pension Plan**
**EIN 13-1777230**
**Plan Number 002**

**Attachment to 1999 Schedule B (Form 5500), Line 6**

Actuarial Methods and Assumptions
Employed in the 1999 Actuarial Valuation

A.  Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

1.  Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2.  Assets - The trust fund investments are valued at market value.

3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.  Actuarial assumptions:

1.  Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long term rate of inflation of 5-1/4%.

2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.  5.62% for RPA 94 current liability purposes & 5.62% for OBRA 87 current liability purposes per annum, compounded annually was used.

3.  PBGC immediate interest rate - 6.5%. 100% of the immediate and deferred PBGC rates are used for purposes of converting grandfathered annuities to lump sum payments, if the resulting lump sum does not exceed $25,000; otherwise 120% of such rates are used, unless 120% of such rates produces a lump sum under $25,000 (in which case a lump sum of $25,000 is paid). For purposes of calculating current liabilities, an interest rate of 5.62% for RPA 94 (5.62% for OBRA 87) was used for converting all annuities to lump sums. As provided by the terms of the Plan, UP-1984 mortality was used for the conversion of annuities to lump sum payments.

4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

840372 1722
264.04 .0001
01

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|

**Annual Return/Report of Employee Benefit Plan**

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

► Complete all entries in accordance with the instructions to the Form 5500.

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

Official Use Only
OMB Nos. 1210-0110
1210-0089

**2000**

This Form is Open to
Public Inspection.

### Part I  Annual Report Identification Information

For the calendar plan year 2000 or fiscal plan year beginning   01/01/2000 ,   and ending   12/31/2000 .

**A** This return/report is for:  (1) ☐ a multiemployer plan;  (3) ☐ a multiple-employer plan; or
(2) ☒ a single-employer plan (other than a multiple-employer plan);  (4) ☐ a DFE (specify) _____

**B** This return/report is:  (1) ☐ the first return/report filed for the plan;  (3) ☐ the final return/report filed for the plan;
(2) ☐ an amended return/report;  (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☒

### Part II  Basic Plan Information — enter all requested information.

**1a** Name of plan
SKADDEN ARPS SLATE MEAGHER & FLOM
PENSION PLAN

**1b** Three-digit plan number (PN) ► 002

**1c** Effective date of plan (mo., day, yr.)
04/01/1975

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP

c/o LINDA FRANKLIN
FOUR TIMES SQUARE NEW YORK NEW YORK 10036

**2b** Employer Identification Number (EIN)
13-1777230

**2c** Sponsor's telephone number
212-735-3000

**2d** Business code (see instructions)
541110

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements, and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of plan administrator      Date  /0-/7-0/      STUART N. APLERIN, TRUSTEE
Typed or printed name of individual signing as plan administrator

Signature of employer/plan sponsor/DFE      Date  /0-/7-0/      STUART N. ALPERIN, PARTNER
Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.      v3.2      Form **5500** (2000)





0200710103

840372 1722
264.04 .0030
01

**Skadden, Arps, Slate, Meagher & Flom Pension Plan**
**EIN 13-1777230**
**Plan Number 002**

**Attachment to 2000 Schedule B (Form 5500), Line 6 – Statement of Actuarial Assumptions/Methods**

Actuarial Methods and Assumptions
Employed in the 2000 Actuarial Valuation

A.  Employee data used in valuation:

> The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

> 1.  Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.
>
> 2.  Assets - The trust fund investments are valued at market value.
>
> 3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.  Actuarial assumptions:

> 1.  Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long term rate of inflation of 5-1/4%.
>
> 2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8. 5.41% for RPA 94 current liability purposes & 5.41% for OBRA 87 current liability purposes per annum, compounded annually was used.
>
> 3.  GATT immediate interest rate – 7.0%. For purposes of calculating current liabilities, an interest rate of 5.41% for RPA 94 (5.41% for OBRA 87) was used for converting all annuities to lump sums. As provided by the terms of the Plan, GATT mortality was used for the conversion of annuities to lump sum payments.
>
> 4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

840373 1223
057.03.0001
01

**Form 5500**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee
Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e),
6057(b), and 6058(a) of the Internal Revenue Code (the Code).

▶ Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only

OMB Nos. 1210-0110
1210-0089

**2001**

This Form is Open to
Public Inspection.

### Part I — Annual Report Identification Information

For the calendar plan year 2001 or fiscal plan year beginning   01/01/2001 ,   and ending   12/31/2001 ,

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan; or
(4) ☐ a DFE (specify) _____

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ an amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here .................................................... ▶ ☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ..................... ▶ ☒

### Part II — Basic Plan Information — enter all requested information.

**1a** Name of plan
Skadden Arps Slate Meagher & Flom
Pension Plan

**1b** Three-digit
plan number (PN) ▶   002

**1c** Effective date of plan (mo., day, yr.)
04/01/1975

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
Skadden Arps Slate Meagher & Flom

c/o Linda Franklin
Four Times Square   New York New York 10036

**2b** Employer Identification Number (EIN)
13-1777230

**2c** Sponsor's telephone number
212-735-3000

**2d** Business code (see instructions)
541110

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.



Signature of plan administrator        Date   10-9-02        Stuart N. Alperin, Trustee
                                                             Typed or printed name of individual signing as plan administrator

Signature of employer/plan sponsor/DFE        Date   10-9-02        Stuart N. Alperin, Partner
                                                             Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**        v4.1        Form **5500** (2001)

0201130108

840373 1223
057.03 .0029
01

**Skadden, Arps, Slate, Meagher & Flom Pension Plan**
**EIN 13-1777230**
**Plan Number 002**

**Attachment to 2001 Schedule B (Form 5500), Line 6 – Statement of Actuarial**
**Assumptions/Methods**

A.  Employee data used in valuation:

   The valuation is based on data provided by the Firm for all persons who participated in the
   Plan during the year ending on the valuation date, whether in an active or retired status.
   Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

   1.  Actuarial values - The current service cost and actuarial reserve requirement are
       determined in accordance with the unit credit method of funding, with projected benefits
       being prorated on the basis of credited service.

   2.  Assets - The trust fund investments are valued at market value.

   3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the
       Internal Revenue Code is determined in accordance with such section and all regulations
       issued thereunder.

C.  Actuarial assumptions:

   1.  Rate of inflation - The assumptions used for funding purposes described below were
       selected assuming the economy would experience an average long term rate of inflation of
       5-1/4%.

   2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding
       purposes and for purposes of results reported under FASB Statements No. 35 and 36 and
       APB Opinion No. 8.  5.32% for RPA 94 current liability purposes & 5.32% for OBRA
       87 current liability purposes per annum, compounded annually was used.

   3.  GATT immediate interest rate – 7.0%. For purposes of calculating current liabilities, an
       interest rate of 5.32% for RPA 94 (5.32% for OBRA 87) was used for converting all
       annuities to lump sums. As provided by the terms of the Plan, GATT mortality was
       used for the conversion of annuities to lump sum payments.

   4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for
       purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

7

```
8403733443
239.04.0001
```

| | |
|---|---|
| Form **5500** | **Annual Return/Report of Employee Benefit Plan** |

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

► Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210-0110
1210-0089

**2002**

This Form Is Open to Public Inspection.

## Part I    Annual Report Identification Information

For the calendar plan year 2002 or fiscal plan year beginning **01/01/2002** and ending **12/31/2002**

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan; or
(4) ☐ a DFE (specify) _____

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ an amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . ► ☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) . . . . . . . . . . ► ☒

## Part II    Basic Plan Information - enter all requested information.

**1a** Name of plan

SKADDEN ARPS SLATE MEAGHER & FLOM
PENSION PLAN

**1b** Three-digit plan number (PN) ► 002

**1c** Effective date of plan (mo., day, yr.)
04/01/1975

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

SKADDEN ARPS SLATE MEAGHER & FLOM **LLP**

LINDA FRANKLIN
FOUR TIMES SQUARE

NEW YORK                    NY    10036

**2b** Employer Identification Number (EIN)
13-1777230

**2c** Sponsor's telephone number
212-735-3000

**2d** Business code (see instructions)
541110

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete

| SIGN HERE | _signature_ | 10·09·03 | STUART N. ALPERIN, TRUSTEE |
|---|---|---|---|
| | Signature of plan administrator | Date | Type or print name of individual signing as plan administrator |
| SIGN HERE | _signature_ | 10·09·03 | STUART N. ALPERIN, PARTNER |
| | Signature of employer/plan sponsor/DFE | Date | Type or print name of individual signing as employer, plan sponsor or DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.        v5.0        Form **5500** (2002)

0 2 0 2 5 3 0 1 0 D

2A6704 3 000
LJD00B-N793                              V02-6

8403733443
239.04.0029
02

**Skadden, Arps, Slate, Meagher & Flom Pension Plan**
**EIN 13-1777230**
**Plan Number 002**

**Attachment to 2002 Schedule B (Form 5500), Line 6**
**Statement of Actuarial Assumptions/Methods**

A.  Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

1.  Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2.  Assets - The trust fund investments are valued at market value.

3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.  Actuarial assumptions:

1.  Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long-term rate of inflation of 5-1/4%.

2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8. 5.14% for RPA 94 current liability purposes & 5.14% for OBRA 87 current liability purposes per annum, compounded annually, was used.

3.  GATT immediate interest rate - 7.0%. For purposes of calculating current liabilities, an interest rate of 5.14% for RPA 94 (5.14% for OBRA 87) was used for converting all annuities to lump sums. As provided by the terms of the Plan, GATT mortality was used for the conversion of annuities to lump sum payments.

4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

1

84043424
015 06 0001

Official Use Only
OMB Nos. 1210-0110
1210-0089

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | **2003** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br><br>Pension Benefit Guaranty Corporation | This return is required to be filed under sections 104 and 4065 of the Employee<br>Retirement Income Security Act of 1974 (ERISA) and sections 6047(e),<br>6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>► Complete all entries in accordance with<br>the instructions to the Form 5500. | This Form is Open to<br>Public Inspection. |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For the calendar plan year 2003 or fiscal plan year beginning  **01/01/2003**  and ending  **12/31/2003**

**A**  This return/report is for:  **(1)** ☐ a multiemployer plan;  **(3)** ☐ a multiple-employer plan; or
**(2)** ☒ a single-employer plan (other than a **(4)** ☐ a DFE (specify) _____
multiple-employer plan);

**B**  This return/report is:  **(1)** ☐ the first return/report filed for the plan;  **(3)** ☐ the final return/report filed for the plan;
**(2)** ☐ an amended return/report;  **(4)** ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . . . . . ►☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) . . . . . . . . . . . ►☒

| **Part II** | **Basic Plan Information** - enter all requested information. |
|---|---|

**1a** Name of plan
SKADDEN ARPS SLATE MEAGHER & FLOM
PENSION PLAN

**1b** Three-digit
plan number (PN)  ►  002

**1c** Effective date of plan (mo., day, yr.)
04/01/1975

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
SKADDEN ARPS SLATE MEAGHER & FLOM

LINDA FRANKLIN
FOUR TIMES SQUARE

NEW YORK                          NY   10036

**2b** Employer Identification Number (EIN)
13-1777230

**2c** Sponsor's telephone number
212-735-3000

**2d** Business code (see instructions)
541110

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

| SIGN<br>HERE | _~Signature of plan administrator~_ | 10-8-04<br>Date | STUART N. ALPERIN, TRUSTEE<br>Type or print name of individual signing as plan administrator |
|---|---|---|---|
| SIGN<br>HERE | Signature of employer/plan sponsor/DFE | 10-8-04<br>Date | STUART N. ALPERIN, PARTNER<br>Type or print name of individual signing as employer, plan sponsor or DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v6.1    Form **5500** (2003)

0 2 0 3 7 6 0 1 0 J

3A6704 4.000
LJD00B-N793 10/06/2004 13:17:20 V03-7                          5

**Skadden, Arps, Slate, Meagher & Flom Pension Plan**
**EIN 13-1777230**
**Plan Number 002**

84043424
015.06.0035
02

**Attachment to 2003 Schedule B (Form 5500), Line 6**
**Statement of Actuarial Assumptions/Methods**

A.  Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B.  Method of Valuation:

1.  Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2.  Assets - The trust fund investments are valued at market value.

3.  Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C.  Actuarial assumptions:

1.  Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long-term rate of inflation of 5-1/4%.

2.  Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8. 4.98% for RPA 94 current liability purposes & 4.98% for OBRA 87 current liability purposes per annum, compounded annually, was used.

3.  GATT immediate interest rate - 7.0%. For purposes of calculating current liabilities, an interest rate of 4.98% for RPA 94 (4.98% for OBRA 87) was used for converting all annuities to lump sums. As provided by the terms of the Plan, GATT mortality was used for the conversion of annuities to lump sum payments.

4.  Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

1

84053275
278.03.0001
02

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | This form is required to be filed under sections 104 and 4065 of the Employee<br>Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), | OMB Nos  1210-0110<br>1210-0089 |
| Department of Labor<br>Employee Benefits Security<br>Administration | 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with | **2004** |
| Pension Benefit Guaranty Corporation | the instructions to the Form 5500. | This Form is Open to<br>Public Inspection. |

**Part I**   **Annual Report Identification Information**

For the calendar plan year 2004 or fiscal plan year beginning   **01/01/2004**   and ending   **12/31/2004**

**A**  This return/report is for:  (1) ☐ a multiemployer plan;          (3) ☐ a multiple-employer plan, or
                    (2) ☒ a single-employer plan (other than a    (4) ☐ a DFE (specify) _____
                       multiple-employer plan);

**B**  This return/report is:  (1) ☐ the first return/report filed for the plan;   (3) ☐ the final return/report filed for the plan;
                  (2) ☐ an amended return/report;       (4) ☐ a short plan year return/report (less than 12 months).

**C**  If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D**  If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) . . . . . . . . . . . . ▶ ☐

**Part II**   **Basic Plan Information** - enter all requested information.

| **1 a** Name of plan | **1b** Three-digit |
|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM<br>PENSION PLAN | plan number (PN) ▶  002 |

**1c** Effective date of plan (mo., day, yr.)
**04/01/1975**

| **2 a** Plan sponsor's name and address (employer, if for a single-employer plan)<br>(Address should include room or suite no.)<br><br>SKADDEN ARPS SLATE MEAGHER & FLOM<br><br><br>LINDA FRANKLIN<br>FOUR TIMES SQUARE<br><br><br><br>NEW YORK                                    NY  10036 | **2b** Employer Identification Number (EIN)<br>13-1777230<br>**2c** Sponsor's telephone number<br>212-735-3000<br>**2d** Business code (see instructions)<br>541110 |
|---|---|

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete

SIGN HERE    _signature_    10/15/05      EARLE YAFFA,  TRUSTEE
       Signature of plan administrator      Date      Type or print name of individual signing as plan administrator

SIGN HERE    _signature_    10/10/05      ROBERT C.  SHEEHAN,  PARTNER
       Signature of employer/plan sponsor/DFE   Date   Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.      v7.2      Form **5500** (2004)

0  2  0  4  2  8  0  1  0  H

84053275
278.03.0064
02

**Skadden, Arps, Slate, Meagher & Flom Pension Plan**
**EIN 13-1777230**
**Plan Number 002**

**Attachment to 2004 Schedule B (Form 5500), Line 6**
**Statement of Actuarial Assumptions/Methods**

A. Employee data used in valuation:

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B. Method of Valuation:

1. Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service.

2. Assets - The trust fund investments are valued at market value.

3. Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder.

C. Actuarial assumptions:

1. Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long-term rate of inflation of 5-1/4%.

2. Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8. 4.72% per annum, compounded annually, for RPA 94 current liability purposes for determination of maximum tax-deductible contribution purposes and 6.55% for minimum required contribution purposes.

3. GATT immediate interest rate - 7.0%. For purposes of calculating RPA 94 current liabilities for maximum tax-deductible contribution (minimum required contribution) purposes, an interest rate of 4.72% (6.55%) was used for converting all annuities to lump sums. As provided by the terms of the Plan, GATT mortality was used for the conversion of annuities to lump sum payments.

4. Interest credits to the pension accounts - 8.25% per annum for funding purposes and for purposes of results reported under FASB Statements No. 35 and 36 and APB Opinion No. 8.

1

840331603 022 05 0001

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code). | OMB Nos. 1210-0110 1210-0089 |
| Department of Labor Employee Benefits Security Administration | ▶ Complete all entries in accordance with the instructions to the Form 5500. | **2005** |
| Pension Benefit Guaranty Corporation | | This Form is Open to Public Inspection. |

## Part I    Annual Report Identification Information

For the calendar plan year 2005 or fiscal plan year beginning    01/01/2005    and ending    12/31/2005

**A**  This return/report is for:  **(1)** ☐ a multiemployer plan;   **(3)** ☐ a multiple-employer plan, or

**(2)** ☒ a single-employer plan (other than a multiple-employer plan);   **(4)** ☐ a DFE (specify) _____

**B**  This return/report is:  **(1)** ☐ the first return/report filed for the plan;   **(3)** ☐ the final return/report filed for the plan,

**(2)** ☐ an amended return/report;   **(4)** ☐ a short plan year return/report (less than 12 months).

**C**  If the plan is a collectively-bargained plan, check here . . . . . . ▶ ☐

**D**  If filing under an extension of time or the DFVC program, check box and attach required information (see instructions) ▶ ☐

## Part II    Basic Plan Information - enter all requested information.

**1 a**  Name of plan

SKADDEN ARPS SLATE MEAGHER & FLOM P
PENSION PLAN

**1b** Three-digit plan number (PN) ▶  002

**1c** Effective date of plan (mo., day, yr)
04/01/1975

**2 a**  Plan sponsor's name and address (employer, if for a single-employer plan)

(Address should include room or suite no.)

SKADDEN ARPS SLATE MEAGHER & FLOM

LINDA FRANKLIN
FOUR TIMES SQUARE

NEW YORK                          NY   10036

**2b** Employer Identification Number (EIN)
13-1777230

**2c** Sponsor's telephone number
212-735-3000

**2d** Business code (see instructions)
541110

Caution  A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

| SIGN HERE | _signature_ | 10/4/06 | EARLE YAFFA, TRUSTEE |
|---|---|---|---|
| | Signature of plan administrator | Date | Type or print name of individual signing as plan administrator |
| SIGN HERE | _signature_ | 10/4/06 | ROBERT C. SHEEHAN, PARTNER |
| | Signature of employer/plan sponsor/DFE | Date | Type or print name of individual signing as employer, plan sponsor or DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.     v8.2     Form **5500** (2005)

020570010F

8 40531603. 022. 05  0053

**Skadden, Arps, Slate, Meagher & Flom Pension Plan**
**EIN 13-1777230**
**Plan Number 002**

**Attachment to 2005 Schedule B (Form 5500), Line 6**
**Statement of Actuarial Assumptions/Methods**

A   Employee data used in valuation

The valuation is based on data provided by the Firm for all persons who participated in the Plan during the year ending on the valuation date, whether in an active or retired status. Reasonable estimates were employed if any data was unavailable.

B   Method of Valuation

1   Actuarial values - The current service cost and actuarial reserve requirement are determined in accordance with the unit credit method of funding, with projected benefits being prorated on the basis of credited service

2   Assets - The trust fund investments are valued at market value

3   Prior service cost - The minimum prior service cost pursuant to section 412 of the Internal Revenue Code is determined in accordance with such section and all regulations issued thereunder

C   Actuarial assumptions

1   Rate of inflation - The assumptions used for funding purposes described below were selected assuming the economy would experience an average long-term rate of inflation of 5-1/4%

2   Interest (discount) rate - 8.25% per annum, compounded annually for general funding purposes and for purposes of results reported under FASB Statements No. 35 4 59% per annum, compounded annually, for RPA 94 current liability purposes for determination of maximum tax-deductible contribution purposes and 6 10% for minimum required contribution purposes.

3   GATT immediate interest rate - 7 0%  For purposes of calculating RPA 94 current liabilities for maximum tax-deductible contribution (minimum required contribution) purposes, an interest rate of 4 59% (6 10%) was used for converting all annuities to lump sums. As provided by the terms of the Plan, GATT mortality was used for the conversion of annuities to lump sum payments

4   Interest credits to the pension accounts - 8 25% per annum for funding purposes and for purposes of results reported under FASB Statements No  35

1