SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

919 THIRD AVENUE

NEW YORK 10022-3897

TEL: (212) 735-3000
FAX: (212) 735-2000

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

May 1, 1998

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Ms. Jacqueline Alvarez
70 West 180th Street
Bronx, NY  10453

Dear Ms. Alvarez:

On behalf of the Skadden, Arps, Slate, Meagher & Flom Pension Plan (the "Plan") Committee and pursuant to the terms of the Plan, I am pleased to enclose a check in the amount of $7,961.92 ($9,952.40 less Federal income tax withholding of $1,990.48), representing the full value of your vested interest (100%) in the Plan.

Please read carefully, the enclosed Exhibit A, which explains the Federal Tax Treatment of Distributions from Qualified plans.  You also should consult your personal tax advisor regarding this matter.

Please sign and return the enclosed copy of this letter in the enclosed self-addressed stamped envelope which will evidence your receipt and acceptance, without objection, of the enclosed check as full settlement of your rights under the Pension Plan.

If you should have any questions regarding this matter, feel free to call me at (212) 735-3036.

Sincerely,

Alan R. Schectman
Supervisor of Pension Benefits

Enclosures

Accepted and Agreed:

_____

Date:_____

CONFIDENTIAL

SASMF 00764