```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Jonathan X. Flagg

              Plaintiff(s),

   - against -

Skadden Arps

             Defendant(s).

------------------------------------------------------------x

07 Civ. 7392 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to _October 31, 2008_.

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to _November 28, 2008_.

3. Other directions to the parties: _Plaintiff may file motion to compel if the parties are unable to resolve the issue after good faith conferral. (See Order of June 19, 2008.) Motion due July 8, 2008._

4. The next Case Management Conference [the Final Pretrial Conference] will be held on _11/7/08_ at _2:00_ am/<u>pm</u>. Any conference scheduled for a date prior thereto is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated: June 18, 2008
       New York, New York