Eli Gottesdiener (EG 0111)
GOTTESDIENER LAW FIRM, PLLC
498 7th Street
Brooklyn, NY 11215
Telephone: (718) 788-1500
Facsimile:  (718) 788-1650

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JONATHAN X. FLAGG and                         :
JACQUELINE ALVAREZ, on behalf of         :
themselves and all others similarly situated,   :        07 Civ. 7392 (PKC)
                                                                       :
                             Plaintiffs,               :
                                                                       :
              - against -                                        :
                                                                       :
SKADDEN, ARPS, SLATE, MEAGHER      :
& FLOM PENSION PLAN,                         :
                                                                       :
                             Defendant.            :
-------------------------------------------------------x

**Memorandum In Support of Plaintiffs' Motion
for an Order *Nunc Pro Tunc* Permitting Them Five Additional Pages for Their
Reply Brief in Support of Their Motion That the Court Reconsider its Holding
That New York's Accrual Rule Applies to Ms. Alvarez's Federal ERISA Claim**

Plaintiffs respectfully request that the Court permit them, *nunc pro tunc,* five additional pages for their reply brief in support of their motion (Doc. 29) asking that the Court reconsider its June 18, 2008 Order (Doc. 27) holding that New York's accrual rule governs when Ms. Alvarez's federal ERISA claim accrued for purposes of the statute of limitations.

Plaintiffs' memorandum in support of their motion (Doc. 30) was well within page limits (11 pages), as was Defendant's opposition (Doc. 31).  However, as Plaintiffs' reply brief explains on pages 2 and 4-5 (Doc. 33), to provide the Court with a reply that does justice to both sides' positions requires additional pages.

## Conclusion

Wherefore, for these and such other reasons as may appear to the Court, Plaintiffs respectfully request that the instant motion be granted.

Dated:  July 8, 2008                Respectfully submitted,


   /Eli Gottesdiener
Eli Gottesdiener [EG0111]
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, N.Y. 11215
(718) 788-1500
(718) 788-1650 (facsimile)

*Attorney for Plaintiffs and the proposed Classes*