**Gottesdiener Law Firm, PLLC**

Eli Gottesdiener
eli@gottesdienerlaw.com

# MEMO ENDORSED

**Via facsimile**

Hon. P. Kevin Castel
Judge, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - Room 2260
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

New York | Washington, D.C.
www.gottesdienerlaw.com

498 7th Street
Brooklyn, NY 11215
Tel: 718.788.1500
Fax: 718.788.1650

July 8, 2008

*[handwritten: ( to follow a one hour face t face meet and confer )*

*[handwritten: Joint Discovery dispute letter due July 23. If Joint letter should clearly delineate independently any dispute that is dependent upon this Court changing its prior ruling and any dispute that is not so dependent]*

*[handwritten: SO ORDERED / USDJ 7-11-08]*

Re:   *Flagg, et al. v. Skadden, Arps, Slate, Meagher & Flom LLP Pension Plan*
      07-cv-7392 (PKC) (HBP)

Dear Judge Castel:

Plaintiffs write to request that the Court extend the deadline for the filing of Plaintiffs' motion to compel discovery until two weeks after the date the Court rules on Plaintiffs' pending motion asking the Court to reconsider its holding, (*see* Doc. 27, June 18, 2008 Order), that New York's accrual rule applies to Ms. Alvarez's ERISA Claim.  Defendant states that it is not opposed to this request.  Plaintiffs' motion is otherwise due to be filed today, July 8 (*see* Doc. 38, item 3).

Plaintiffs are hopeful that the Court will grant their motion which should narrow the scope of the disputes between the parties.  Even if not, however, the additional time requested will likely lead to some further narrowing of those disputes or allow for a sharper presentation of the issues dividing the parties.

Plaintiffs note that in a letter dated July 2, 2008, Defendant, for the first time, indicated a willingness to produce (or cause others to produce) additional documents.  Although these documents have not yet been produced (as they should have been), the fact that Defendant is no longer categorically refusing to produce additional documents is a positive sign.

For these and such other reasons as may appear to the Court, Plaintiffs respectfully submit their motion to compel would be premature and that good cause exists for the Court to enlarge the deadline as requested above.  Plaintiffs note this is their first requested extension of the deadline and if granted it should not adversely affect the other deadlines established in the revised Scheduling Order.

7/8/2008 11:42 AM  FROM: GLF Gottesdiener Law Firm, PLLC  TO: +1 (212) 805-7949    PAGE:003 OF 003

Hon. P. Kevin Castel                                    Gottesdiener Law Firm, PLLC
July 8, 2008
Page 2


                               Sincerely,

                               /s

                               Eli Gottesdiener
                               Attorney for Plaintiffs and the proposed Classes


cc:     Henry P. Wasserstein, Esq.
        Samuel Kadet, Esq.
        James W. Brown, Esq.
        Jennifer Cabrera, Esq.