**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**MEMO ENDORSED**

FOUR TIMES SQUARE
NEW YORK 10036-6522
—
(212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2362
DIRECT FAX
(917) 777-2362
EMAIL ADDRESS
JBROWN@SKADDEN.COM

<u>VIA TELECOPIER (212) 805-7949</u>

Hon. P. Kevin Castel,
 United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

Re: *Jonathan X. Flagg and Jacqueline Alvarez v.*
*Skadden, Arps, Slate, Meagher & Flom LLP*
*Pension Plan,* 07 Civ. 7392 (PKC) (HBP)

Judge Castel:

We represent Skadden, Arps, Slate, Meagher & Flom LLP Pension Plan (the "Plan"), Defendant in the above-captioned action. This letter is being telecopied to Your Honor pursuant to the instruction of Chambers this morning.

Pursuant to the Court's July 11 Order, the parties are to submit a joint letter outlining discovery disputes requiring judicial intervention by Wednesday, July 23. The parties met face-to-face yesterday for four and one-half hours, and made great progress toward narrowing the number and nature of discovery disputes. The parties believe that additional discussions this week will further limit the parties' differences.

The parties therefore jointly request that the deadline for submitting any joint letter be enlarged two days, to and including Friday, July 25, 2008.

Respectfully submitted,

*James W. Brown*

Application granted
SO ORDERED
/s/ USDJ
7-22-08

cc: Eli Gottesdiener, Esq.
 (via e-mail)